IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
DEC 30 2009
CHARLES R. DIARD JR
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-00280-CG |
| | * | |
| v. | * | USAO No. 09R00137 |
| | * | |
| CHRISTIAN RODNEY ICE | * | Violations:  18 USC § 241 |
| | | 18 USC § 247(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

1. Beginning on or about December 28, 2008, and continuing through on or about January 3, 2009, in the Southern District of Alabama, Southern Division, the defendant,

**CHRISTIAN RODNEY ICE**

did conspire to oppress, threaten and intimidate members of the Congregation Tree of Life Messianic Synagogue in the free exercise and enjoyment of rights and privileges secured to them by the laws of the Untied States, namely the right to hold real property.

2. It was part of the plan and purpose of this conspiracy that defendant **CHRISTIAN RODNEY ICE**, travel with a co-conspirator to the location of the Congregation Tree of Life Messianic Synagogue in order to deface the building.

3. In furtherance of the conspiracy and to accomplish its plans and purposes, the conspirators did commit the following overt acts, among others, from on or about December 28, 2008, through on or about January 3, 2009, in the Southern District of Alabama:

  (a) On or about December 28, 2009, defendant **CHRISTIAN RODNEY ICE** and a co-conspirator discussed and agreed to deface and desecrate Congregation Tree of Life Messianic Synagogue.

  (b) On or about January 3, 2009, defendant **CHRISTIAN RODNEY ICE** drove with a co-conspirator T.L. from downtown Mobile, Alabama to Congregation Tree of Life Messianic

Synagogue for the purpose of defacing the synagogue.

(c) On or about January 3, 2009, defendant **CHRISTIAN RODNEY ICE** spray painted the exterior walls of Congregation Tree of Life Messianic Synagogue with anti-Semitic phrases and graffiti.

All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

4. On or about January 3, 2009, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**CHRISTIAN RODNEY ICE,**

along with a person known to the Grand Jury, aiding and abetting each other, did knowingly and intentionally deface and damage religious real property, to wit: the Congregation Tree of Life Messianic Synagogue in Mobile, Alabama, because of the race and ethic characteristics of members who worshiped at the synagogue.

In violation of Title 18, United States Code, Sections 247(c) and 2.

A TRUE BILL

Foreman, United States Grand Jury
Southern District of Alabama

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

GEORGE F. MAY
Assistant United States Attorney

MARIA E. MURPHY
Assistant United States Attorney
Chief, Criminal Division

DECEMBER 2009