IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : CRIMINAL NO. 09-00280-CG-C |
| CHRISTIAN RODNEY ICE | : |

ORDER

TAKE NOTICE THAT the arraignment presently set for February 3, 2010, before the undersigned, has been **RESET** until February 10, 2010, at 2:00 p.m., in Courtroom 3A.

**DONE** this 26th day of January, 2010.

/s/ WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE