IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,              *

Vs.                                    *     CR. NO: 09-00280-CG

CHRISTIAN RODNEY ICE.                  *

### DEFENDANT'S POSITION TO PRESENTENCE INVESTIGATIVE REPORT

Comes now the Defendant, Christian Rodney Ice, by and through the undersigned counsel, and files herein his Position as to the Presentence Investigation Report as follows:

1.      Defendant objects to paragraph forty three (43) because he not had problem with controlling his anger, nor has he had any unusual interest in violence and aggression. Also, the Defendant has not had any problems with stealing, shoplifting, lying, breaking or destroying property.

2.      With the exception of the above, the Defendant has no objections to the remaining Presentence Investigation Report.

Respectfully Submitted,


/s/: Michael J. Harbin
Michael J. Harbin HARBM9146
Counsel for the Defendant
P.O. Box 851372
Mobile, Alabama 36685
(251) 689-5569


CERTIFICATE OF SERVICE

I certify that on September 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Gina S. Vann, Assistant United States Attorney, 60 So. Royal Street, Suite 600, Mobile, Alabama 36602.


/s/: Michael J. Harbin

Michael J. Harbin