IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   CRIMINAL NO. 09-00280-CG |
| **v.** | * |
| | * |
| **CHRISTIAN RODNEY ICE** | * |

## MOTION FOR A DOWNWARD DEPARTURE
## PURSUANT TO SECTION 5K1.1

The United States of America, by and through Kenyen R. Brown, United States Attorney for the Southern District of Alabama and Gina S. Vann, Assistant United States Attorney, moves this Court to depart downward from the low end of the sentencing guideline range for the defendant, pursuant to U.S.S.G., Section 5K1.1, and in support thereof states:

1. Christian Rodney Ice's cooperation and statements substantially assisted the United States.

2. As such, the United States recommends a downward departure of 30% (thirty percent) from the low end of the guidelines as calculated for this defendant.

WHEREFORE, the United States respectfully moves, in return for the substantial assistance rendered to the United States, that this Court depart downward an appropriate amount from the defendant's guideline range when sentencing this defendant.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:
*s/ Gina S. Vann*
Gina S. Vann      VANNG2599
Assistant United States Attorney
63 South Royal Street, Suite 600

>Mobile, Alabama 36602
>Telephone: (251) 441-5845
>Fax: (251) 441-5277

## CERTIFICATION OF SERVICE

I certify that on September 20th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

>*s/ Gina S. Vann*
>Gina S. Vann